DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONTE CHRISTIAN JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2036

[February 13, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan. L. Vaughn, Judge; L.T. Case No. 562011CF003475A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***